

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00294-CR

Shauna Denay **RIPLEY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0670
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

After Appellant's second court-appointed counsel missed deadlines to file the brief, we abated this appeal and remanded it to the trial court for an abandonment hearing. The trial court held a hearing as ordered; it filed a supplemental clerk's record containing findings of fact and conclusions of law. The court reporter filed a supplemental reporter's record of the hearing. *See* TEX. R. APP. P. 38.8(b)(3).

The trial court found that (1) Appellant wishes to prosecute her appeal, (2) Appellant is indigent, and (3) court-appointed appellate attorney Michael Raign will continue to represent Appellant in this appeal. At the hearing, Mr. Raign indicated he would file the brief by Monday, April 4, 2016. We reinstated the appellate timetable in this appeal, set Appellant's brief due on April 4, 2016, and ordered Appellant's court-appointed counsel Michael Raign to file Appellant's brief by April 4, 2016. As of this date, counsel has not filed the brief.

We ORDER Appellant's attorney to file either Appellant's brief or a motion to dismiss this appeal within FIVE DAYS of the date of this order. If no brief or motion is filed by that date, we will abate this appeal to the trial court for a second abandonment hearing and again order Michael Raign to appear before the trial court to determine, inter alia, whether to appoint substitute counsel. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against [A]ppellant's counsel." *Id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court